# JOHN ASKIN
## v.
## MATTHEW ELLIOT

### 1807

### JOURNAL ENTRIES

1. Appearance; special bail . . . . . . . *Journal, infra,* \*p. 79
2. Action for attachment dismissed . . . . . . . " 79
3. Pleas filed; rule to reply . . . . . . . . " 92
4. Demurrer to pleas filed; joinder . . . . . . " 94
5. Argument heard . . . . . . . . . . . " 105
6. Argument heard . . . . . . . . . . . " 128
7. Demurrer waived; plea withdrawn, etc. . . . . . " 138
8. Deposition returned and filed . . . . . . . " 139
9. Jurors; verdict; judgment . . . . . . . . " 151

96

PAPERS IN FILE

1. Writ of attachment and return . . . . . . . *Printed in Vol. 2*
2. Capias . . . . . . . . . . . . . . .
3. Verified account . . . . . . . . . . . . .
4. Pleas of non assumpsit and limitations. . . . . "
5. Demurrer to plea . . . . . . . . . . . "
6. Subpoena for Gabriel Hunot and Robert Nichol . . . . . . .
7. Deposition of Alexander Duff . . . . . . . . . .
8. Letter from William Allan . . . . . . . . . . .
9. Statement of accounts and letters . . . . . . . . . .
10. Statement of accounts . . . . . . . . . . . .
11. Declaration . . . . . . . . . . . . . .
12. Copy of judgment record . . . . . . . . . . .